UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IVETTE STOKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:05-CV-131-FL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 1, 2010, that the Administrative Law Judge rendered a favorable decision to plaintiff on March 20, 2007, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on July 1, 2010, and Copies To:**

George L. Fitzgerald (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


July 1, 2010                    DENNIS P. IAVARONE, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk